Batkhand Zoljargal, State Bar No. 262918
zola@mytrustedattorney.com
THE ALBERTS FIRM
1600 N. Broadway, Suite 1010
Santa Ana, California 92706
Telephone: (714) 441-1144
Facsimile: (714) 547-7633

Attorneys for Plaintiff,
ALAN CLARK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ALAN CLARK, an individual, | CASE NO.: 12-cv-02349-GEB-KJN |
| Plaintiffs, | *Hon. Garland E. Burrell, Jr.* |
| v. | **[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE** |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, a National Association as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-13; BANK OF AMERICA, NA, a National Association; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive, | Current Date:   August 19, 2013<br>Current Time:   9:00 a.m.<br>Current Ctrm.:   10 (13th Floor)<br><br>Proposed Date:   September 23, 2013<br>Proposed Time:   9:00 a.m.<br>Proposed Ctrm.:  10 (13th Floor)<br><br>Date filed:   September 12, 2012<br>Trial Date:   None set |
| Defendants. | |

- 1 -
**PROPOSED ORDER CONTINUING SCHEDULING CONFERENCE**

# [PROPOSED] ORDER

For the reasons stated in the parties' stipulation, the Scheduling Conference is hereby CONTINUED to September 30, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  August 7, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

# PROOF OF SERVICE

I am employed in the County of Orange, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1600 N. Broadway, Suite 1010, Santa Ana, California 92706.

On August 7, 2013, I served the foregoing documents described as **PROPOSED ORDER CONTINUING SCHEDULING CONFERENCE** to all interest parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**REED SMITH LLP**
Matthew S. Vesterdahl
mvesterdahl@reedsmith.com
Raffi L. Kassabian
rkassabian@reedsmith.com
Rosalie Euna Kim
ekim@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: 213-457-8058
Fax: 213-457-8080
*Attorneys for Defendants Bank of New York Mellon fka Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2004-13 and Bank of America, N.A.*

**[X]   BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**[X]   (FEDERAL)** I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2013 at Santa Ana, California.

_____
Jesse Vera